No. 93–1455. HAYES, AS ADMINISTRATOR, PARENT, AND NEXT FRIEND OF HAYES, DECEASED, ET AL. v. DOUGLAS DYNAMICS,

INC. C. A. 1st Cir. Certiorari denied.